IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEVAIL GIVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-0303-MJR-SCW |
| | ) |
| DAVID VAUGHN, | ) |
| STEVE KEIM, | ) |
| STEVE DUNCAN, | ) |
| JOHN R. BALDWIN, | ) |
| | ) |
| DefendantS. | ) |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

In September and October of 2016 the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge, for hearings on Plaintiff's motions for preliminary injunction. By Report and Recommendation dated February 6, 2017 (Doc. 61), Judge Williams recommends that the undersigned District Judge deny the Plaintiff's various requests for preliminary injunction related to his religion and his specific religious dietary needs. The parties were given an opportunity to respond to the Report and Recommendation, and the deadline elapsed on February 24, 2017, with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 61). The Court finds that Magistrate Judge Williams's factual findings and credibility determinations are sound, and that the Plaintiff has not met the necessary burdens to justify issuing preliminary injunctive relief.

**IT IS SO ORDERED.**

DATED: March 6, 2017

<u>*s/ Michael J. Reagan*</u>
Michael J. Reagan
United States District Judge